## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                          Case No.    14-20170-BKC-AJC
                                                                             Chapter     13

    Robert O. Hernandez

_____ /

## CERTIFICATE OF SERVICE OF
## OBJECTION TO CLAIM(S) #3-1 OF US DEPARTMENT OF TREASURY
## AND NOTICE OF HEARING THEREON

**I HEREBY CERTIFY** that a true and correct copy of the above-named documents were served as follows: 1. by electronic mail to those set forth in the NEF to be served electronically on the date therein and 2. by was sent by U.S. Mail to all creditors and interested parties on the attached list this 18th day of October, 2014.

                                                                JORDAN E. BUBLICK, P.A.

                                                                /s/ Jordan E. Bublick_____
                                                                Jordan E. Bublick (Fla. Bar No. 381624)
                                                               1221 Brickell Ave., 9th Fl.
                                                               Miami, FL  33131
                                                               Telephone: (305) 891-4055
                                                               Fax: (305) 503-7231
                                                               Email: jbublick@bublicklaw.com

                                                               *Attorney for the Debtor(s)*

Dept.of Treasury, Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS, District Director
Special Procedures, Insolvency Unit
7850 SW 6th Ct., M/C 5730
Plantation, FL 33324-2032

Attorney General of the US
9500 Pennsylvania Ave., NW, Room
Washington, DC 20530-0001

US Attorney, Southern District of Florida
99 NE 4th St., 3rd Fl.
Miami, FL 33132